LOUIS SHERRY, Appellant, *v.* PIERRE PROAL, as Administrator with the Will Annexed of ARTHUR PROAL, Deceased, Respondent.

*Sherry* v. *Proal*, 166 App. Div. 918, affirmed.
(Submitted December 12, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 5, 1915, affirming a judgment in favor of defendant entered upon a verdict in an action to recover rent alleged to be due under a lease. The answer was a general denial. The question on each of the trials was whether or not the jury would accept the defendant's version of what occurred in the conversation with Flauraud in July, 1906, or whether they would accept Flauraud's version thereof. Flauraud testified as a witness upon the first and second trials but died before the third trial. On the fourth trial his testimony was read in evidence under the provisions of section 830 of the Code of Civil Procedure. The grounds relied on for reversal are, *first*, that Flauraud being dead, the court erred in permitting the defendant to testify to the conversation had

with Flauraud; that the court should have excluded
defendant's testimony and have required defendant, if he
desired to put in evidence the conversation with Flauraud,
to offer the minutes of his testimony taken on the former
trial; that defendant's oral testimony was incompetent
under the provisions of section 829 of the Code of Civil Pro-
cedure; *second,* that the court erred in refusing to per-
mit plaintiff's counsel in summing up to read to the jury
from a copy of the stenographer's minutes of a former
trial certain questions he had asked defendant on the
former trial and the answers given by defendant thereto,
and *third,* that the verdict of the jury was against the
weight of the evidence.

*Thomas M. Rowlette* and *Franklin Bien* for appellant.

*Martin W. Littleton, Edward A. Gill Wylie* and
*Owen N. Brown* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN,
CARDOZO and POUND, JJ.